IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE KOSTYSHYN 634 | § | |
| GOVERNOR CIRCLE APPEAL | § | |
| | § | No. 397, 2025 |
| | § | |
| | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| | § | |
| | § | C.A. No. N25J-01063 |

Submitted: October 7, 2025
Decided: October 16, 2025

## ORDER

On September 22, 2025, the Senior Court Clerk issued notices directing the appellants to show cause why this appeal should not be dismissed because the notices of appeal do not identify a final, appealable order from which a timely appeal can be taken, and the appellants have not complied with Rule 42. Postal records reflect that the notices to show cause were delivered on September 24, 2025. The appellants having failed to respond to the notices within the required ten-day period, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice